IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:06-cv-00416-W

| | |
|---|---|
| THEDERICK SPRINGFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| PIKE ELECTRIC, INC. ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Defendant's Motion to Compel Discovery" (document #15) filed June 15, 2007. On June 15, 2007, the Plaintiff filed his response noting that he "served Plaintiff's Responses to Defendant's First Set of Interrogatories and First Requests for Production of Documents" on June 14, 2007. Accordingly, the undersigned will **DENY** the Defendant's Motion as moot.

**SO ORDERED.**

Signed: June 18, 2007

Carl Horn, III
United States Magistrate Judge