STATE OF NORTH CAROLINA                                    WESTERN DISTRICT
                                                           U. S. DISTRICT COURT

                                                           3.06 CV 416-W

THEDERICK SPRINGFIELD
         Plaintiff
                                                           SUBSTITUTION OF MEDIATOR
vs.                                                        (BY AGREEMENT -GS 7A-38.1)

PIKE ELECTRIC, INC
         Defendants

THE UNDERSIGNED, James M. Shannonhouse, Attorney, INTERCEDE Midation/ADR Services,
respectfully shows unto the Court that counsel for the parties herein hav Charles V. Tompkins Esq.
to be SUBSTITUTED as Mediator herein pursuant to the Rules Governing Mediated Settlement Conferences
in lieu of the initially appointed mediator, Raymond E. Owens, Esq.. The Mediator's compensation is agreed
to be at the rate of $260 per hour for time expended in furtherance of mediation and an administrative fee of
$82.00 per party.

The initially appointed mediator has graciously waived his fee.

Respectfully submitted:   Monday, October 29, 2007

                                                           _____
                                                           James M. Shannonhouse, Esquire
                                                           INTERCEDE Mediation/ADR Services
                                                           212 S. Tryon St., Ste. 1560
                                                           Charlotte, NC 28281

                         ORDER DESIGNATING MEDIATOR

FOR GOOD CAUSE SHOWN,    Charles V. Tompkins Esq.
is hereby appointed as Substituted Mediator herein and is authorized to conduct the Mediated Settlement
Conference according to the Rules Governing Mediated Settlement Conferences, the mediator's fee to be $260
per hour for time expended in furtherance of the mediation and $82.00 per party administrative fee. Said
Mediator shall be responsible for reserving a place and making arrangements for the conference, scheduling
the conference, and giving timely notice to all attorneys and unrepresented parties thereof. The Mediated
Settlement Conference shall be completed by Sunday, July 15, 2007, and the Mediator shall report the results
of the conference to the Court within 10 days after the conference is completed.

This the 30th day of October , 2007          _____
                                             Carl Horn, III
                                             United States MagistrateJudge