CHARLES V. TOMPKINS, JR.
d/b/a Tompkins Mediations
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, North Carolina 28202
Email: ctompkins@kennedycovington.com

Phone: 704.331.7428
Fax: 704.353.3128

November 14th, 2007

Honorable Carl Horn, III
United States Magistrate Judge
Room 238
Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

RE: Thedrick Springfield v. Pike Electric, Inc.
Civil Action No. 5:04 CV 95-V
Report of Mediator pursuant to LR 16.3(C)(3)

Dear Judge Horn:

I am a certified mediator under N.C.G.S. Sec. 7A-38 et seq.

I mediated the above case on November 13th, 2007.

Both parties were present and represented by counsel

The mediation lasted 4 hours and 50 minutes

The mediation resulted in a full settlement set forth in a written agreement duly executed by the parties and counsel

The charges for my services as mediator are $1420 computed as follows:
Administrative fee- $82 per party;
Mediation-0930-1420- 4 hours, 50 minutes(4.83 hrs.) @ $260/hour-$1256.

Defendant is charged with the mediation fees under the terms of the settlement agreement.

Respectfully submitted,

Charles V. Tompkins Jr.
Mediator- NC Bar #4393

4851-1362-0481.01