IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| THEDERICK SPRINGFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 3:06-cv-00416 |
| PIKE ELECTRIC, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action stipulate that this action shall be dismissed with prejudice.

Dated this the 15th day of January, 2008.

Respectfully Submitted,

s/Geraldine Sumter
N.C. Bar No.11107
FERGUSON, STEIN, CHAMBERS,
GRESHAM & SUMTER, P.A.
741 Kenilworth Avenue, Suite 300
Charlotte, NC 28204
Telephone: (704) 375-8461
Facsimile: (704) 334-5654
Email: gsumter@fergusonstein.com
Dated: January 15, 2008

s/H. Bernard Tisdale III
N.C. Bar No. 23980
s/Katherine G. Rigby
N.C. Bar No. 34202
OGLEGREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
201 South College Street, Suite 2300
Charlotte, NC 28244
Telephone: (704) 342-2588
Facsimile: (704) 342-4379
Email: bernard.tisdale@odnss.com
Email: kate.rigby@odnss.com
Dated: January 15, 2008

## CERTIFICATE OF SERVICE

I, Katherine G. Rigby, hereby certify that I have this day electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following person:

> Geraldine Sumter (NC Bar No. 11107)
> Ferguson, Stein, Chambers, Gresham & Sumter, P.A.
> 741 Kenilworth Avenue, Suite 300
> Charlotte, NC 28204
> gsumter@fergusonstein.com
>
> *Attorney for Plaintiff*

Dated this the 15th day of January, 2008.

> OGLETREE DEAKINS NASH
> SMOAK & STEWART, P.C.
>
> s/Katherine G. Rigby
> N.C. Bar No. 34202
> 201 South College Street, Suite 2300
> Charlotte, NC 28244
> Telephone: 704.342.2588
> Facsimile: 704.342.4379
> E-mail: kate.rigby@ogletreedeakins.com
>
> *Attorney for Defendant*